United States District Court
Southern District of Texas
**ENTERED**
November 25, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TAMIKA MILLER, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19–CV–01550 |
| | § | |
| CITICORP CREDIT SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

On November 8, 2019, U.S. Magistrate Judge Andrew M. Edison filed a Memorandum and Recommendation (Dkt. 26) recommending that Defendant's Motion to Dismiss Amended Complaint and Brief in Support (Dkt. 12) be granted.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

 (1) Judge Edison's Memorandum and Recommendation (Dkt. 22) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant's Motion to Dismiss Amended Complaint and Brief in Support (Dkt. 12) is **GRANTED**, and this case is compelled to arbitration in accordance with the terms of the Employment Arbitration Policy.

It is so **ORDERED**.

SIGNED and ENTERED this 25th day of November, 2019.

*[signature]*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE